Case 6:23-cv-00063   Document 31   Filed on 04/30/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| ROMANA GALLEGOS, | § § § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 6:23-CV-00063 |
| MAX HERNANDEZ, *et al.*, | § § § | |
| Defendants. | § § § | |

### ORDER

Pursuant to the Court's order granting Defendant's motion to dismiss, (D.E. 30), the Court enters final judgment dismissing Plaintiff's case with prejudice. (D.E. 1). The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
April 30, 2025